UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES USHER and )<br>ARETHA USHER )<br>)<br>)<br>)<br>) | INDICTMENT NO. 608-24<br><br>VIO: 42 U.S.C. § 1383a(a)(2)<br>Social Security Fraud<br><br>42 U.S.C. § 1383a(a)(3)<br>Social Security Fraud<br><br>18 U.S.C. § 641<br>Theft of Government Money |

## ORDER OF DISMISSAL AS TO DEFENDANT ARETHA USHER

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the Government's Motion to Dismiss the Indictment as against Defendant Aretha Usher in the above-captioned case is granted, and the Indictment is hereby dismissed without prejudice as against Aretha Usher.

SO ORDERED, this the 21 day of January, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared by: R. Brian Tanner
Assistant United States Attorney
Georgia Bar No.: 697615
100 Bull Street
Savannah, GA 31401
912/652-4422
U.S. v. James Usher and Aretha Usher
CR 608-24